1   HAROLD J. MCELHINNY (CA SBN 66781)
    HMcElhinny@mofo.com
2   JACK W. LONDEN (CA SBN 85776)
    JLonden@mofo.com
3   MICHAEL J. AGOGLIA (CA SBN 154810)
    MAgoglia@mofo.com
4   REBEKAH KAUFMAN (CA SBN 213222)
    RKaufman@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   DAVID F. MCDOWELL (CA SBN 125806)
    DMcDowell@mofo.com
9   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
10  Los Angeles, California  90017-3543
    Telephone: 213.892.5200
11  Facsimile: 213.892.5454

12  Attorneys for Defendant
    TARGET CORPORATION

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18  JENNIFER KIRK, an individual, on her own      Case No.   3:13-cv-05885-SC
    behalf and on behalf of all others similarly
    situated,                                     **CLASS ACTION**
19
                       Plaintiff,                 **STIPULATION AND [~~PROPOSED~~]**
20                                                **ORDER TO STAY ACTION**
           v.                                     **PENDING JPML DECISION**
21
    TARGET CORPORATION, a Minnesota               **[N.D. CAL. CIVIL L.R. 7-12]**
22  Corporation; and DOES 1-10,
                                                  Ctrm:       1
23                     Defendants.                Judge:    Hon. Samuel Conti

24                                                Complaint Filed: Dec. 19, 2013
                                                  Trial Date: None Set
25
                                                  Initial CMC: March 21, 2014
26

27

28

**STIPULATION TO STAY**

WHEREAS plaintiff Jennifer Kirk filed the complaint in the above-captioned action against Defendant Target Corporation ("Target") on December 19, 2013 ("Complaint");

WHEREAS Target has identified at least 80 actions asserting substantially similar allegations against Target pending in courts across the country;

WHEREAS there have been numerous petitions submitted to the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate these cases into a single multidistrict litigation ("MDL");

WHEREAS the parties expect that this action, along with the other similar actions, will be consolidated into an MDL, and that the JPML will also decide where the cases will be transferred as an MDL;

WHEREAS this action has only just commenced and there has been little activity in the case;

WHEREAS this Court has the inherent power to grant a stay, especially in circumstances such as here, where doing so would promote judicial economy and avoid prejudice to the parties, *see, e.g.*, *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *McVicar v. Goodman Global Inc.*, No. SACV 13–1223–DOC (RNBx), 2013 WL 6212149, at *2 (C.D. Cal., Nov. 25, 2013) (staying action pending JPML decision);

WHEREAS absent a stay, the Court and the parties would face case management obligations and deadlines and, in light of the likelihood that there will be an MDL consolidating these actions for the purpose of pretrial proceedings, a stay is necessary and prudent to avoid duplication of pretrial efforts by the parties, any waste of judicial resources, and the risk conflicting rulings;

WHEREAS the parties have met and conferred and agree that this action should be stayed pending a decision by the JPML regarding the MDL Number 2522;

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order that:

1.   This action is otherwise STAYED pending the decision of the JPML in *In re Target*

1 | *Corp. Customer Data Security Breach Litig.*, MDL No. 2522;

2 |   2. Defendant's Motion to Stay Proceedings Pending JPML Consideration or in the

3 | Alternative Motion for Enlargement of Time to Respond to Complaint, (ECF No. 17), is

4 | WITHDRAWN;

5 |   3. All deadlines, including defendant's obligation to respond to the Complaint, are

6 | VACATED until further order of the Court;

7 |   4. The parties shall notify the Court of the JPML's decision within 10 days of the

8 | decision if the Court is not otherwise notified.

9 | Dated: February 26, 2014    MORRISON & FOERSTER LLP

11 |           By:  /s/ David F. McDowell

12 |               DAVID F. MCDOWELL

13 |               Attorneys for Defendant
              TARGET CORPORATION

14 | Dated: February 26, 2014    AHDOOT & WOLFSON, APC

16 |           By:  /s/ Robert Ahdoot

17 |               ROBERT AHDOOT

18 |               Attorneys for Plaintiff
              JENNIFER KIRK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILER**

I, David F. McDowell, hereby attest that concurrence in the filing of this document has

been obtained from each of the other signatories. *See* Civ. L.R. 5-1(i)(3).

Dated: February 26, 2014                    By:    /s/ David F. McDowell

                                            David F. McDowell

                                            MORRISON & FOERSTER LLP

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

ORDERED.

Dated: _____03/03/2014_____

Honorable _____
UNITED STATES DISTRICT JUDGE
Judge Samuel Conti

sf-3388382